**Order entered December 19, 2022**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-01043-CR

**JOSEPH DEAN FISHER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 20-00307-422-F**

## ORDER

On November 2, 2022, we ordered appellant to file his brief by November 30, 2022. On November 30, 2022, supplemental clerk's and reporter's records were filed on appellant's motion to suppress. Accordingly, we **ORDER** appellant's brief be filed by **JANUARY 17, 2023**. If appellant fails to file his brief by January 17, 2023, the Court may abate this case for a hearing in the trial court to determine why the brief has not been filed. *See* TEX. R. APP. P. 38.8(b).

/s/ DENNISE GARCIA
   JUSTICE